UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| ALLISON HOWARD | CIVIL ACTION |
|---|---|
| VERSUS | NO: |
| TARGET CORPORATION OF MINNESOTA | DISTRICT JUDGE |
| | MAGISTRATE |

*****************************************************************************

## COMPLAINT

NOW INTO COURT, through undersigned counsel, comes Allison Howard, Complainant, and respectfully represents:

### PARTIES

1.

The complainant is:

a. ALLISON HOWARD, a person of the full age of majority, domiciled in the Parish of Tangipahoa, State of Louisiana (hereinafter referred to as "Howard").

The defendant is:

b. TARGET CORPORATION OF MINNESOTA, a foreign corporation with its principal place of business in Minneapolis, Minnesota (hereinafter referred to as "Target").

### STATEMENT OF JURISDICTION AND VENUE

2.

All operative facts which give rise to this cause of action arose in the Parish of St. Tammany, State of Louisiana within the jurisdictional boundaries of this Court.

3.

The jurisdiction of this Court is founded under diversity jurisdiction 28 USC 1332 in that the complainant, Howard, is a domiciliary resident of the State of Louisiana and the defendant is domiciled in the State of Minnesota.

4.

The amount in controversy exceeds $75,000.00, exclusive of interest and cost.

### FACTS

5.

On March 27, 2023 Howard was shopping with her family at the Target store located in Covington, Louisiana.

6.

While shopping for merchandise Howard was suddenly and without warning hit by a metal and wooden sign that fell from the top shelf of the aisle she was shopping in. The metal and wooden sign was of significant weight and it struck Howard on her neck and upper back.

7.

Howard did not cause the merchandise to fall. Photos taken immediately after the accident show that the wooden and metal sign was not screwed in or anchored in a safe manner.

8.

The improperly attached sign was a hazardous condition which presented an unreasonable risk of harm. Howard was not contributorily negligent in causing her injuries.

9.

Target's negligence created an unreasonably dangerous condition and unreasonable risk of harm to its patrons. Target knew or in the exercise of reasonable care, should have known of the dangerous condition and unreasonable risk of harm on its premises, which caused damage to Howard and could have prevented the damage by the exercise of reasonable care which Target failed to exercise.

10.

As a result of Target's negligence and fault, Howard sustained severe, permanent and disabling injuries. Howard's injuries that stem from the accident include, but are not limited to neck and shoulder pain that radiates down her arms.

11.

Target is justly and truly liable to Howard for damages as are reasonable, including but not limited to, damages for past, present and future physical pain and suffering, past, present and future mental pain and suffering, mental anguish, physical impairment and disability, past, present and future medical expenses and rehabilitation expenses, past, present and future lost wages, loss of earning capacity, loss of services, loss of society, and loss of enjoyment of life.

WHEREFORE, Complainant, Allison Howard, prays that Defendant, Target, be cited and served with a copy of this Complain and after all legal delays and proceedings be had, there be judgment rendered herein in favor of Complainant and against Defendant, and that Defendant be held liable for damages as are reasonable, including but not limited to, damages for past, present and future physical pain and suffering, past and future mental pain and suffering, mental

anguish, physical impairment and disability, past and future medical expenses and rehabilitation expenses, past and future lost wages, loss of earning capacity, loss of services, loss of society, and loss of enjoyment of life, together with legal interest thereon from date of judicial demand until paid, for all costs of these proceedings, and for all general and equitable relief.

                                                Respectfully submitted:

                                                   /s/ Pedro F. Galeas
                                                The Galeas Law Corporation (APLC)
                                                Pedro F. Galeas (La. Bar No. 28580)
                                                829 Baronne Street
                                                New Orleans, La 70113
                                                Phone No. (504) 581-9322
                                                Fax No. (504) 581-7651
                                                pedro@galeaslaw.com

**PLEASE SERVE:**

Target Corporation of Minnesota
*Through its registered agent:*
C T Corporation System
3867 Plaza Tower Drive
Baton Rouge, La 70816